■

# IN THE COURT OF APPEALS OF THE NAVAJO NATION

## WINDOW ROCK, NAVAJO NATION (ARIZONA)

Merwin Lynch, Trial Court Judge ) No.: A-CR-01-77
Window Rock, Navajo Nation, )
 )
 Respondent )
 )
 vs. ) ORDER
 ) DENYING WRIT OF PROHIBITION
Esther Keeswood )
Mary Jim Wallace )
Ervin Keeswood )
Harry Mike )
Gilbert Kinney )
Allen Jim )
William Begay )
Eva Willie )
Karen Sue Willie )
Douglas Willie )
Shiprock, New Mexico, )
 )
 Petitioners )

---

The request for a Writ of Prohibition in the above-entitled matter having been received and considered by the Chief Justice, the Court finds:

That good and sufficient cause has not been shown for the motion before the Court of Appeals to disqualify the judge presiding in the above-entitled case. Therefore, the motion is hereby DENIED.

Dated this 17th day of February, 1977.

Virgil L. Kirk, Sr.

Chief Justice Of The Navajo Nation